No. 10–10971.  SUMMERS *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 10–10972.  SMITH *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 10–10973.  AYALA-ESQUER *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 10–10974.  BROWN *v.* CORTEZ MASTO, ATTORNEY GENERAL OF NEVADA, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 10–10975.  BROWN *v.* CITY OF DETROIT, MICHIGAN, ET AL. C. A. 6th Cir.  Certiorari denied.

No. 10–10976.  HOLMES *v.* WASHINGTON.  Ct. App. Wash.  Certiorari denied.

No. 10–10977.  RANSOM *v.* HOLMAN ET AL.  Sup. Ct. Ga.  Certiorari denied.

No. 10–10978.  MEDRANO *v.* HARDY, WARDEN.  C. A. 7th Cir. Certiorari denied.

No. 10–10980.  MILLER *v.* RICCI, ADMINISTRATOR, NEW JERSEY STATE PRISON, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 10–10981.  WILSON *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 10–10983.  BURT *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 10–10985.  WILLIAMS *v.* KNOWLIN, WARDEN.  C. A. 4th Cir. Certiorari denied.

No. 10–10986.  DUCKETT *v.* TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 10–10988.  SCHMITZ *v.* MINNESOTA.  Ct. App. Minn.  Certiorari denied.

No. 10–10989.  CARMICHAEL *v.* NEW YORK.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.